IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MARQUEL ALI,

        Plaintiff,

v.                          CIVIL ACTION NO.  5:17-cv-03386

RALEIGH COUNTY, et al.

        Defendants.

**JUDGMENT ORDER**

In accordance with the *Memorandum Opinion and Order* (Document 336) dismissing the Plaintiff's *Amended Complaint*, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                                    ENTER:     May 15, 2019

                                      IRENE C. BERGER
                              UNITED STATES DISTRICT JUDGE
                          SOUTHERN DISTRICT OF WEST VIRGINIA